United States District Court
Southern District of Texas
**ENTERED**
February 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDMOND TAUSCH, IV | § | CIVIL ACTION NO. 2:22-CV-00235 |
| | § | |
| DERRICK CONSTRUCTION | § | |
| COMPANY, INC., *et al.* | § | |

## FINAL JUDGMENT

Before the Court is the parties' Joint Motion to Dismiss with Prejudice (D.E. 109). After due consideration, the Court **GRANTS** the motion and enters final judgment dismissing this action with prejudice.

**ORDERED** on February 7, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE